UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | EDCV 21-00548-JVS(KKx) | Date | November 23, 2022 |
|---|---|---|---|
| Title | Joseph Bein v. Catlin Insurance Company, Incorporated, et al. | | |

| Present: The Honorable | JAMES V. SELNA, UNITED STATES DISTRICT JUDGE |
|---|---|

| Elsa Vargas for Lisa Bredahl | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [29], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Any pending Order to Show Cause is hereby discharged.

.

|  | - : - |
|---|---|
| Initials of Deputy Clerk | eva/lmb |